UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:26-cv-10513-FWS (SK) Date: September 23, 2026

Title Angel Tinajero v. Kern Valley State Prison Warden

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE AND, ALTERNATIVELY, GRANTING LEAVE TO FILE FIRST AMENDED PETITION**

Petitioner Angel Tinajero is an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR) serving a 50 year to life sentence for first degree murder and possession of a firearm by a felon. Petitioner filed a federal habeas petition under 28 U.S.C. § 2254. However, he fails to state any grounds for relief in his petition. (ECF 1 at 5). Petitioner references an attachment stating eight grounds for relief and the facts to support these grounds, but no attachment was received by the Court. (ECF 1 at 5). Thus, as it currently stands, the petition is incomplete and does not state any ground for relief.

For these reasons, petitioner is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to state a claim. He may discharge that order by submitting the attached notice of voluntary dismissal without prejudice to any justiciable claims he may later assert. Alternatively, petitioner is granted leave to file a first amended petition alleging a viable claim. But if petitioner files no notice of voluntary dismissal or first amended petition consistent with this order by no later than **October 23, 2026**, this action may be involuntarily dismissed—including with prejudice—for failure to prosecute and obey court orders. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.